UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                               CASE NO: 6:09-cr-131-Orl-18GJK

ALFREDO GARZA

_____

ORDER

THIS CAUSE was referred to United States Magistrate Judge Gregory J. Kelly for a report and recommendation on Defendant Alfredo Garza's Motion for Return of Seized Property (Doc. 92), to which Plaintiff United States of America filed a response (Doc. 93), and Garza filed a reply (Doc. 94). Judge Kelly issued his Report and Recommendation on November 12, 2014 (Doc. 95).

Having reviewed the Report and Recommendation and related filings, it is hereby **ORDERED** and **ADJUDGED** that the Report and Recommendation (Doc. 95) is **APPROVED** and **ADOPTED**. The Court **DENIES** Defendant Alfredo Garza's Motion for Return of Seized Property (Doc. 92).

**The Clerk is directed to send a copy of this Order to Defendant Alfredo Garza by Certified Mail.**

**DONE** and **ORDERED** at Orlando, Florida, this 10 day of December, 2014.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties